1  MARJORIE FOCHTMAN, State Bar No. 143201
   SHEILA M. KIERNAN, State Bar No. 209034
2  NIXON PEABODY LLP
   Two Embarcadero Center, Suite 2700
3  San Francisco, CA 94111-3996
   Telephone: (415) 984-8200
4  Facsimile: (415) 984-8300

5  Attorneys for DEFENDANTS
   MARINE TRANSPORT LINES, INC., AND
6  CROWLEY MARITIME CORPORATION

7  Michael C. Cohen, State Bar No. 65487
   Marguerite M. Malloy, State Bar No. 197347
8  LAW OFFICES OF MICHAEL C. COHEN
   1814 Franklin Street, Suite 900
9  Oakland, CA 94612
   Telephone: (510) 832-6436
10 Facsimile: (510) 832-6439

11 Attorneys for PLAINTIFF
   PAUL L. GUIDRY
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 PAUL L. GUIDRY,                          | Case No. C05-03960 EMC
17                                          |
                          Plaintiff,        | **STIPULATION FOR EXTENSION OF
18                                          | TIME FOR DEFENDANTS MARINE
         vs.                                | TRANSPORT LINES, INC., AND
19                                          | CROWLEY MARITIME CORPORATION
   MARINE ENGINEERS' BENEFICIAL             | TO ANSWER OR TO OTHERWISE
20 ASSOCIATION, MARINE TRANSPORT            | RESPOND TO PLAINTIFF'S COMPLAINT**
   LINES, INC., CROWLEY MARITIME            |
21 CORPORATION, AND DOES 1-10,              | ORDER
22                                          |
                          Defendants.       |
23

---

STIPULATION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADINGS / CASE NO. C05-03960 EMC

S513419.1

1  IT IS HEREBY STIPULATED by and between the Plaintiff PAUL L. GUIDRY and
2  Defendants MARINE TRANSPORT LINES, INC. and CROWLEY MARITIME CORPORATION,
3  that Defendants MARINE TRANSPORT LINES, INC. and CROWLEY MARITIME
4  CORPORATION may have an extension of time to answer or to otherwise respond to Plaintiff's
5  Complaint for Damages. The parties agree that Defendants MARINE TRANSPORT LINES, INC.
6  and CROWLEY MARITIME CORPORATION shall file any such answer or other responsive
7  pleading(s) on or before November 23, 2005.
8  This extension of time will not alter the date for any hearing set by the Court.
9  IT IS SO STIPULATED.

11 DATED: October 20, 2005

Respectfully submitted,
NIXON PEABODY LLP

By: _____
SHEILA M. KIERNAN
Attorneys for defendants
MARINE TRANSPORT LINES, INC.,
AND CROWLEY MARITIME
CORPORATION

19 DATED: Oct. 21, 2005

Respectfully submitted,
LAW OFFICES OF MICHAEL C. COHEN

By: _____
MARGUERITE MALLOY
Attorneys for Plaintiff
PAUL L. GUIDRY

23 IT IS SO ORDERED:

26 Edward M. [Chen]
27 United States [District] Judge
   Judge Edward M. Chen

-2-

STIPULATION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADINGS/ CASE NO. C05-03960 EMC

3513419.1

# PROOF OF SERVICE

CASE NAME: Paul L. Guidry v. Marine Engineers' Beneficial Association, et al.
COURT: USDC, Northern District
CASE NO.: C05-03960 EMC
NP FILE: 310716.000003

    I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996. On this date, I served the following document(s):

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS MARINE TRANSPORT LINES, INC. AND CROWLEY MARITIME CORPORATION TO ANSWER OR TO OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

_____ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

_____ : By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_____ : By Facsimile — From facsimile number at A.M./P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

Addressee(s)

Michael C. Cohen
Marguerite M. Malloy
Law Offices of Michael C. Cohen
1814 Franklin Street, Suite 900
Oakland, CA 94612
T: (510) 832-6436
F: (510) 832-6439

    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 24, 2005, at San Francisco, California.

*Grace A. Wayte*
Grace A. Wayte