UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GUIDRY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARINE ENGINEERS' BENEFICIAL ASSOCIATION, MARINE TRANSPORT LINES, INC., CROWLEY MARITIME CORPORATION, and DOES 1-10,<br>　　　　Defendants. | Case No. C05-03960EMC<br><br>STIPLULATION |

The Plaintiff to the above-captioned case and Defendant Marine Engineers' Beneficial Association, by and through their undersigned attorneys, hereby stipulate as follows:

The parties agree to extend the deadline for Defendant Marine Engineers' Beneficial Association's response to Plaintiff's Complaint. Marine Engineers Beneficial Association's response will be due by Wednesday, November 23, 2005.

STIPULATED TO:

By: _____      By: _____ 10-26-05
　　Richard W. Gibson　　(Date)　　　　　　　Marguerite Malloy　　(Date)
　　Counsel for Defendant MEBA　　　　　　　Counsel for Plaintiff

IT IS SO ORDERED:



Edward M. Chen
United States Magistrate Judge