1 | Michael C. Cohen (CSB # 65487)
Marguerite M. Malloy (CSB #197347)
2 | LAW OFFICES OF MICHAEL C. COHEN
1814 Franklin Street, Suite 900
3 | Oakland, CA 94612
Telephone: (510) 832-6436
4 | Facsimile: (510) 832-6439

5

Attorneys for Plaintiff PAUL L. GUIDRY
6

7
UNITED STATES DISTRICT COURT
8
NORTHERN DISTRICT OF CALIFORNIA
9

10

PAUL GUIDRY,

11            Plaintiff,

12

13     v.

14

MARINE ENGINEERS' BENEFICIAL
15 | ASSOCIATION, MARINE TRANSPORT
LINES, INC., CROWLEY MARITIME
16 | CORPORATION, and DOES 1-10,

17            Defendants.

18

19

20

21

22

23

24

25

26

27

Case No.: 3:05-cv-03960  CRB

**STIPULATED DISMISSAL**

1   IT IS HEREBY STIPULATED by and between Plaintiff PAUL L. GUIDRY and Defendants

2   MARINE TRANSPORT LINES, INC. and CROWLEY MARITIME CORPORATION through

3   their designated counsel that each and every cause action alleged by Plaintiff PAUL L. GUIDRY

4   against Defendant MARINE TRANSPORT LINES, INC and Defendant CROWLEY

5   MARITIME CORPORATION in the above-captioned action, be and hereby is dismissed with

6   prejudice, against Defendant MARINE TRANSPORT LINES, INC, and Defendant CROWLEY

7   MARITIME CORPORATION pursuant to FRCP 41(a)(1).

8   Dated: 6-16-06                          Dated: 6/19/06

9

10

11  Plaintiff Paul L. Guidry                 Attorney of Record:
                                             Law Offices of Michael C. Cohen
12

13

14                          RE STIPULATED DISMISSAL

15

16  Dated: 6/27/06                          Dated: 6/22/06

17

18

19  Defendant Marine Transport Lines, Inc.   Attorneys for Defendant
                                             Nixon Peabody, LLC
20  Name: Jerry David

21  Dated: 6/27/06                          Dated: 6/22/06

22

23

24  Defendant Crowley Maritime Corporation   Attorneys for Defendant
                                             Nixon Peabody, LLC
25  Name: Jerry David

26                                           June 30, 2006

27

STIPULATED DISMISSAL

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA