1  Michael C. Cohen (CSB # 65487)
   Marguerite M. Malloy (CSB #197347)
2  LAW OFFICES OF MICHAEL C. COHEN
   1814 Franklin Street, Suite 900
3  Oakland, CA 94612
   Telephone: (510) 832-6436
4  Facsimile: (510) 832-6439

5

   Attorneys for Plaintiff PAUL L. GUIDRY
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10

11 PAUL GUIDRY,                          Case No.: 3:05-cv-03960 CRB

            Plaintiff,
12

13      v.                                ~~[PROPOSED]~~ ORDER GRANTING
                                          SUBSTITUTION OF ATTORNEY
14
   MARINE ENGINEERS' BENEFICIAL
15 ASSOCIATION, MARINE TRANSPORT
   LINES, INC., CROWLEY MARITIME
16 CORPORATION, and DOES 1-10,

17          Defendants.

18

19

20

21

22

23

24

25

26

27 **PROPOSED ORDER GRANTING SUBSTITUTION OF ATTORNEY**

1  THIS COURT HEREBY grants Plaintiff Paul L. Guidry's request to substitute himself as his
2  attorney in the above entitled matter.  The Court further grants Plaintiff's request that the E-
3  Filing designation for this case be deleted.  The record will reflect that Plaintiff is represented by
4  Paul L. Guidry, 1560 Jackson Street, Oakland, CA 94612, Tel. 510-465-4477.

5  IT IS SO ORDERED:

8  Dated:   October 6, 2006



United States District Court Judge

-1-

**PROPOSED ORDER GRANTING SUBSTITUTION OF ATTORNEY**