DUANE B. BEESON, SBN 20215
**BEESON, TAYER & BODINE, APC**
1404 Franklin Street, Fifth Floor
Oakland, CA 94612
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: dbeeson@beesontayer.com

EDWARD M. GLEASON, JR.
RICHARD W. GIBSON
**BEINS AXELROD GLEASON & GIBSON, PC**
1717 Massachusetts Avenue, N.W. Suite 704
Washington D.C., 20036
Telephone: (202) 328-7222
Facsimile: (202) 328-7030
Email: rgibson@bakgg.com

Attorneys for Defendant
Marine Engineers' Beneficial Association

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AT SAN FRANCISCO

| | |
|---|---|
| PAUL L. GUIDRY,<br><br>Plaintiff,<br><br>v.<br><br>MARINE ENGINEERS' BENEFICIAL ASSOCIATION, MARINE TRANSPORT LINES, INC., CROWLEY MARITIME CORPORATION, and DOES 1-10,<br><br>Defendants. | Case No. C-05-03960 CRB<br><br>**DEFENDANT MEBA'S REQUEST FOR TELEPHONE APPEARANCE**<br><br>Hearing date: December 1, 2006<br>Time: 8:30 a.m.<br>Courtroom: 8, 19th Floor<br>Judge: Honorable Charles R. Breyer |

    Lead counsel for Defendant Marine Engineers' Beneficial Association, Edward Gleason, hereby requests to participate in the December 1, 2006 status conference in the above case by telephone. His telephone number is (202) 328-7222. Local counsel for said Defendant, Duane B. Beeson, will appear in Court for the hearing. This request is made because of the time and

1  expense required for Mr. Gleason to make the trip from Washington, D.C. and because of the

2  nature of the conference.

3                                                        Respectfully submitted,

4  Dated:  November 30, 2006                BEESON, TAYER & BODINE

5                                                By:      /s/Duane B. Beeson
                                                          Duane B. Beeson
6

7                                                        BEINS, AXELROD, KRAFT, GLEASON
                                                            & GIBSON
8
                                                  By:      /s/Edward M. Gleason, Jr
9                                                          Edward M. Gleason, Jr.

10                                                       ATTORNEYS FOR MEBA

11

12  IT IS SO ORDERED.

13

14

15  _____

16  Date:  December 01, 2006

17

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer)*

---

DEFENDANT MEBA'S REQUEST FOR TELEPHONE APPEARANCE
Case No. C-05-03960 CRB
50199.doc

2