MISTER PHILLIPS, SBN 228991
LAW OFFICE OF MISTER PHILLIPS
P.O. Box 1162
Pinole, CA 94564
Phone: (510) 672-3756
Fax: (510) 222-4198
mister_phillips@hotmail.com

Attorney for Plaintiff Paul L. Guidry

DUANE B. BEESON, SBN 20215
**BEESON, TAYER & BODINE, APC**
1404 Franklin Street, Fifth Floor
Oakland, CA 94612
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email:     dbeeson@beesontayer.com

EDWARD M. GLEASON, JR.
**BEINS AXELROD GLEASON & GIBSON, PC**
1717 Massachusetts Avenue, N.W. Suite 704
Washington, D.C. 20036
Telephone: (202) 328-7222
Facsimile: (202) 328-7030
Email:     egleason@bakgg.com

Attorneys for Defendant
Marine Engineers' Beneficial Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL L. GUIDRY, | ) Case No. C-05-03960 CRB |
| Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING** |
| vs. | ) |
| MARINE ENGINEERS' BENEFICIAL ASSOCIATION, | ) Hearing Date: February 16, 2007<br>) Hearing Time: 10:00 A.M. |
| Defendants | ) |

    Plaintiff Paul L. Guidry and Defendant Marine Engineers' Beneficial Association (MEBA) do hereby stipulate to continue

STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING - 1

1  the hearing of MEBA's motion for summary judgment now set for
2  February 16, 2007, at 10:00 A.M., to ~~February 23~~ March 02, 2007, at 10:00
3  A.M. or as soon thereafter as the court may hear the motion.

4
5  Dated: January 26, 2007                Respectfully Submitted,

6                                         /s/ Mister Phillips
                                          Mister Phillips
7                                         Attorney for Plaintiff Paul
                                          L. Guidry
8

9  Dated: January 26, 2007                Respectfully Submitted,

10                                        BEESON, TAYER & BODINE

11                                        /s/ Duane B. Beeson
12                                        Duane B. Beeson

13                                        BEINS, AXELROD, KRAFT,
                                          GLEASON & GIBSON
14

15                                        /s/ Edward M. Gleason, Jr.
16                                        Edward M. Gleason, Jr.

17                                        Attorneys for Defendant MEBA

18 PURSUANT TO STIPULATION, IT IS SO ORDERED.

19
20 Dated: January 31, 2007                _____
                                          U.S. District Court Judge
21
22                                        IT IS SO ORDERED
23                                        Judge Charles R. Breyer
24
25
26
27
28

STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING - 2