MISTER PHILLIPS, SBN 228991
**LAW OFFICE OF MISTER PHILLIPS**
P.O. Box 1162
Pinole, CA 94564
Phone: (510) 672-3756
Fax: (510) 222-4198
mister_phillips@hotmail.com

Attorney for Plaintiff Paul L. Guidry

DUANE B. BEESON, SBN 20215
**BEESON, TAYER & BODINE, APC**
1404 Franklin Street, Fifth Floor
Oakland, CA 94612
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email:     dbeeson@beesontayer.com

EDWARD M. GLEASON, JR.
**BEINS AXELROD GLEASON & GIBSON, PC**
1717 Massachusetts Avenue, N.W. Suite 704
Washington, D.C. 20036
Telephone: (202) 328-7222
Facsimile: (202) 328-7030
Email:     egleason@bakgg.com

Attorneys for Defendant
Marine Engineers' Beneficial Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL L. GUIDRY,<br><br>           Plaintiff,<br><br>     vs.<br><br>MARINE ENGINEERS' BENEFICIAL<br><br>ASSOCIATION,<br><br>           Defendants | Case No. C-05-03960 CRB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING**<br><br>Hearing Date: March 2, 2007<br>Hearing Time: 10:00 A.M. |

    Plaintiff Paul L. Guidry and Defendant Marine Engineers' Beneficial Association (MEBA) do hereby stipulate to continue the hearing of MEBA's motion for summary judgment now set for

1  March 2, 2007, at 10:00 A.M., to April 13, 2007, at 10:00 A.M.
2  or as soon thereafter as the court may hear the motion, on the
3  ground that Guidry's counsel, Mister Phillips, is previously
4  calendared to argue motions for a new trial and relief from
5  judgment in the U.S. District Court Eastern District of
6  California, before U.S. District Court Judge Frank C. Damrell,
7  Jr., on March 2 at 10:00 A.M..

Dated: February 14, 2007                Respectfully Submitted,

                                        /s/ Mister Phillips
                                        Mister Phillips
                                        Attorney for Plaintiff
                                        Paul L. Guidry

Dated: February 14, 2007                Respectfully Submitted,

                                        BEESON, TAYER & BODINE

                                        /s/ Duane B. Beeson
                                        Duane B. Beeson

                                        BEINS, AXELROD, KRAFT,
                                        GLEASON & GIBSON

                                        /s/ Edward M. Gleason, Jr.
                                        Edward M. Gleason, Jr.

                                        Attorneys for Defendant MEBA

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 26, 2007                _____
                                        U.S. District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING - 2