IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GUIDRY, | No. C 05-03960 CRB |
| Plaintiff, | **ORDER WITHDRAWING ORDER OF REFERENCE** |
| v. | |
| MARINE ENGINEERS' BENEFICIAL ASSOCIATION, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that the referral for DISCOVERY PURPOSES to Magistrate Judge Maria-Elena James be withdrawn. The defendants motion to compel is set for Friday, June 29, 2007 at 2:30 p.m. before the Honorable Charles R. Breyer

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE