UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL L. GUIDRY,<br><br>       Plaintiff,<br><br>  v.<br><br>MARINE ENGINEERS' BENEFICIAL ASSOCIATION,<br><br>       Defendant.<br>_____/ | No. C-05-3960 EMC<br><br>**SCHEDULING ORDER** |

The Final Pretrial Conference scheduled for August 6, 2007 at 1:30 p.m. has been VACATED.

Trial will not commence on August 7, 2007 at 8:30 a.m.

A Status Conference is scheduled for **August 6, 2007 at 1:30 p.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, before Magistrate Judge Edward M. Chen. Counsel are advised that Judge Chen will set a trial date during the August 6, 2007 Status Conference.

IT IS SO ORDERED.

Dated: August 3, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge