UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GUIDRY,<br><br>    Plaintiff,<br><br>    v.<br><br>MARINE ENGINEERS' BENEFICIAL ASSOCIATION, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-05-3960 EMC<br><br>**ORDER RE OBJECTIONS TO EXHIBITS** |

After a meet and confer, the parties reached agreement on some of the objections to the opposing side's exhibits. Attached is a chart that reflects the parties' agreement.

IT IS SO ORDERED.

Dated: August 17, 2007

EDWARD M. CHEN
United States Magistrate Judge

N:\MEMOS\Civil_cases\2005\C-05-3960 EMC Guidry v. MEBA\Blank Chart - Objections to Exhibits.wpd

| EXHIBIT | OBJECTION | STIPULATION AFTER M&C |
|---|---|---|
| 1 | No objection | |
| 2 | Relevance; lacks probative value | Defendant will withdraw this objection |
| 3 | Misleading and unreliable; lacks foundation; best evidence rule | |
| 4 | Misleading and unreliable; lacks foundation; best evidence rule | |
| 5 | Relevance; lacks probative value | Defendant will withdraw this objection |
| 6 | No objection | |
| 7 | Hearsay; relevance; lacks foundation | |
| A (8) | Relevance | |
| B (9) | Hearsay; see MIL No. 7 | |
| C (10) | Relevance; lack of personal knowledge; hearsay; hearsay within hearsay; see MIL No. 6 | |
| D (11) | No objection | |

| | |
|---|---|
| E (12) | Relevance; prejudice; hearsay [See MIL No. 1] |
| F (13) | Lack of personal knowledge; hearsay; hearsay within hearsay; see MIL No. 5 |
| G (14) | Relevance |
| H (15) | Relevance |
| I (16) | Relevance |
| J (17) | No objection |
| K (18) | Relevance |
| L (19) | Relevance; prejudice; hearsay; inadmissible character evidence [See MIL No. 1] |
| M (20) | Relevance |
| N (21) | Relevance |
| O (22) | Relevance |
| P (23) | Relevance |
| Q (24) | Relevance |
| R (25) | Relevance |

| | | Plaintiff withdraws objection |
|---|---|---|
| S (26) | Relevance | |
| T (27) | Hearsay | |
| U (Supp. disclosure by D on 8/9/07) | Lack of good cause to supplement; unfair surprise; relevance; prejudice | |
| V (Supp. disclosure by D on 8/9/07) | Lack of good cause to supplement; unfair surprise; relevance; prejudice | |
| W (Supp. disclosure by D on 8/9/07) | Lack of good cause to supplement; unfair surprise; relevance; prejudice | |
| X (Supp. disclosure by D on 8/9/07) | Lack of good cause to supplement; unfair surprise; relevance; prejudice | |
| Y | No objection | |
| Z (29) | Relevance | |
| AA (30) | Relevance | Defendant will withdraw this exhibit |
| BB (31) | Relevance | Defendant will withdraw this exhibit |
| CC (32) | Relevance | |
| DD (33) | Reserve right to object after parties exchange exhibits | Defendant may withdraw subject to working out a stipulation as to wages and compensation |

-3-

| | | |
|---|---|---|
| EE (34) | Reserve right to object after parties exchange exhibits | Defendant may withdraw subject to working out a stipulation as to wages/compensation |
| FF (35) | Reserve right to object after parties exchange exhibits | Defendant may withdraw subject to working out a stipulation as to wages/compensation |
| GG (36) | Relevance; prejudice; hearsay; inadmissible character evidence [See MIL No. 1] | |
| HH (37) | Relevance; prejudice; hearsay; inadmissible character evidence [See MIL No. 1] | |
| II | No objection | |
| JJ (39) | Relevance | |
| KK (40) | Relevance; hearsay | |
| LL (41) | Relevance; hearsay | |
| MM (42) | Reserve right to object after parties exchange exhibits | Defendant may withdraw subject to working out a stipulation as to wages/compensation |
| NN (43) | Hearsay | |
| OO (44) | Reserve right to object after parties exchange exhibits | |
| PP (45) | Hearsay | |

| | | |
|---|---|---|
| QQ (46) | Relevance | Defendant may introduce stipulation as to wages subject to workmen's compensation |
| RR (47) | Relevance | Defendant may withdraw subject to working out a Stipulation as to wages & Compensation |