**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL GUIDRY,

       Plaintiff,

    v.

MARINE ENGINEERS' BENEFICIAL
ASSOCIATION,

       Defendant.

_____/

No. CV05-3960 EMC

**ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS**

    **IT IS HEREBY ORDERED** that the United States District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter at the expense of the United States effective August 27, 2007 through August 30, 2007.

    IT IS SO ORDERED.

Dated:   August 20, 2007

                           _____

                           EDWARD M. CHEN
                           United States Magistrate Judge