United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL L. GUIDRY,<br><br>            Plaintiff,<br><br>    v.<br><br>MARINE ENGINEERS' BENEFICIAL ASSOCIATION,<br><br>            Defendant.<br>_____/ | No. C-05-3960 EMC<br><br>**ORDER RE PROPOSED JURY INSTRUCTIONS AND VERDICT FORM** |

The Court hereby files and submits for counsel's review the revised proposed jury instructions and verdict form. Any objections shall be filed by 3:00 p.m. on August 24, 2007.

IT IS SO ORDERED.

Dated: August 23, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge