1  DUANE B. BEESON, SBN 20215
   LISA W. PAU, SBN 201114
2  **BEESON, TAYER & BODINE, APC**
3  1404 Franklin Street, 5th Floor
   Oakland, CA  94612
4  Telephone:    510.625.9700
   Facsimile:    510.625.8275
5  Email:        lpau@beesontayer.com
6
   GEORGE N. DAVIES, Admitted Pro Hac Vice
7  **NAKAMURA, QUINN, WALLS, WEAVER & DAVIES LLP**
   2204 Lakeshore Drive, Suite 130
8  Birmingham, AL  35209
9  Telephone:    205.870.9989
   Facsimile:    205.803.4143
10 Email:        davies@nqwlaw.com
11
   Attorneys for Defendant
12 Marine Engineers' Beneficial Association

13

14                       UNITED STATES DISTRICT COURT

15                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  PAUL L. GUIDRY, | Case No. 3:05-CV-03960 EMC |
| 18                          Plaintiff, | **DEFENDANT'S ADMINISTRATIVE REQUEST TO BRING PROJECTOR FOR TRIAL**  ; ORDER |
| 19 | |
| 20       v. | Trial Date:       August 27, 2007 |
| 21  MARINE ENGINEERS' BENEFICIAL ASSOCIATION, et al., | Time:             8:30 a.m. |
| 22 | Courtroom:        C |
|                           Defendant. | Judge:            Edward M. Chen |
| 23 | |
| 24 | Complaint Filed:  September 29, 2005 |
| 25 | |
| 26 | |

27

28

**DEFENDANT'S ADMIN REQUEST TO BRING PROJECTOR FOR TRIAL**            1
Case No. 3:05-CV-03960 EMC

1    Pursuant to Section II.C. of the Court's August 20, 2007 Final Pretrial Order (Doc. 142),
2  Defendant MEBA respectfully requests leave to bring to the Court for trial a projector for use to
3  show exhibits, demonstrative exhibits and/or excerpts of deposition testimony.

5    Date:   August 25, 2007         Respectfully submitted,
                                     BEESON, TAYER & BODINE, APC

                                     By:   /s/ Lisa W. Pau
                                           LISA W. PAU

                                     NAKAMURA, QUINN, WALLS,
                                     WEAVER & DAVIES LLP

                                     By:   /s/ George N. Davies
                                           GEORGE N. DAVIES

                                     Attorneys for MARINE ENGINEERS'
                                     BENEFICIAL ASSOCIATION

14  IT IS SO ORDERED:

16  Edward M. Chen
17  U.S. Magistrate Judge

**DEFENDANT'S ADMIN REQUEST TO BRING PROJECTOR FOR TRIAL**        2
Case No. 3:05-CV-03960 EMC