ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED AUG 29 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

PAUL L. GUIDRY,

    Plaintiff,

v.

MARINE ENGINEERS' BENEFICIAL ASSOCIATION,

    Defendant.

    /

No. C-05-3960 EMC

**VERDICT FORM**

**(August 29, 2007)**

**VERDICT FORM**

**QUESTION NO. 1:**

Did the plaintiff engage in or was the plaintiff engaging in a legally protected activity?

    X YES     ___ NO

    If you answer Question No. 1 "No," sign and return this verdict.

    If you answer Question No. 1 "Yes," answer Question No. 2.

**QUESTION NO. 2:**

Was the plaintiff subjected to an adverse action by the defendant, *or* did the defendant cause the plaintiff to be subjected to an adverse employment action by ASM or MTL/Crowley?

    ___ YES     X NO

    If you answer Question No. 2 "No," sign and return this verdict.

    If you answer Question 2 "Yes," answer Question No. 3.

**QUESTION NO. 3:**

If your answer to Question No. 2 is "Yes," did defendant (MEBA) engage in such conduct because of plaintiff's participation in the protected activity?

\_\_\_\_ YES    \_\_\_\_ NO

    If you answer Question No. 3 "No," sign and return this verdict.

    If you answer Question No. 3 "Yes," answer Question No. 4.

**QUESTION NO. 4:**

If you answered "Yes" to Questions Nos. 1-3, you have determined that the defendant is liable for retaliation. State the amount of monetary damages and then proceed to Question No. 5.

    Back pay _____

    Compensatory damages (emotional pain and suffering) _____

**QUESTION NO. 5:**

Do you find, under federal law, by a preponderance of the evidence that the plaintiff is entitled to punitive damages?

\_\_\_\_ YES    \_\_\_\_ NO

    If you answer Question No. 5 "No," answer Question 6.

    If you answer Question 5 "Yes," state the amount of punitive damages and then proceed to Question No. 6.

        Punitive damages _____

**CONTINUED ON PAGE 3**

///
///
///
///
///

**QUESTION NO. 6:**

Do you find, under state law, by clear and convincing evidence that the plaintiff is entitled to punitive damages?

    \_\_\_\_ YES     \_\_\_\_ NO

If you answer Question No. 6 "No," sign and return this verdict.

If you answer Question No. 6 "Yes," state the amount of punitive damages and then sign and return this verdict.

    Punitive damages _____

PLEASE SIGN, DATE, AND RETURN THIS VERDICT.

Dated: *August 29 2007*     *[signature]*
JURY FOREPERSON
*Thomas Schoenstein*

3