UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL L. GUIDRY,<br><br>            Plaintiff,<br><br>    v.<br><br>MARINE ENGINEERS' BENEFICIAL ASSOCIATION,<br><br>            Defendant.<br>_____/ | No. C-05-3960 EMC<br><br>**ORDER GRANTING MISTER PHILLIPS'S MOTION TO SHORTEN TIME**<br><br>**(Docket No. 176)** |

        Mister Phillips has filed a motion seeking to withdraw as counsel for Plaintiff Paul Guidry. Currently, the motion to withdraw is set for hearing on December 19, 2007, the same day that Mr. Guidry's motion for review of costs is scheduled. Mr. Phillips asks that the motion to withdraw be heard on shortened time so that he will know whether or not he must represent Mr. Guidry with respect to the motion for review of costs.

        Mr. Guidry has not filed any opposition to the request for shortened time. Moreover, under the circumstances, shortened time is appropriate. Accordingly, the Court hereby **GRANTS** the request for shortened time. Mr. Phillips's motion to withdraw as counsel shall be heard on **November 28, 2007, at 4:30 p.m.** Mr. Guidry may, if he wishes, file an opposition to the motion to withdraw by 4:00 p.m., November 23, 2007. There shall be no reply.

///

///

///

///

Upon receipt of this order, Mr. Phillips shall immediately serve a copy of this order on Mr. Guidry. Service must ensure receipt by Mr. Guidry no later than November 20, 2007.

This ruling disposes of Docket No. 176.

IT IS SO ORDERED.

Dated: November 16, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge

2