1  DUANE B. BEESON, SBN 20215
2  LISA W. PAU, SBN 201114
   **BEESON, TAYER & BODINE, APC**
3  1404 Franklin Street, 5th Floor
   Oakland, CA  94612
4  Telephone:   510.625.9700
   Facsimile:   510.625.8275
5  Email:       lpau@beesontayer.com
6
7  GEORGE N. DAVIES, Admitted Pro Hac Vice
   **NAKAMURA, QUINN, WALLS, WEAVER & DAVIES LLP**
8  2204 Lakeshore Drive, Suite 130
   Birmingham, AL  35209
9  Telephone:   205.870.9989
   Facsimile:   205.803.4143
10 Email:       davies@nqwlaw.com
11
   Attorneys for Defendant
12 Marine Engineers' Beneficial Association
13

14                         UNITED STATES DISTRICT COURT
15                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| PAUL L. GUIDRY, | Case No. 3:05-CV-03960 ~~CRB~~ EMC |
| Plaintiff, | **STIPULATION AND [P~~ROPO~~SED] ORDER TO ENLARGE TIME RE: PLAINTIFF'S MOTION TO REVIEW BILL OF COSTS** |
| v. | |
| MARINE ENGINEERS' BENEFICIAL ASSOCIATION, et al., | **Civil L. R. 6-2** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that the hearing on *Plaintiff's Motion for Review of Bill of Costs* be continued until **January 30, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th floor, 450 Golden Gate Avenue, San Francisco, CA  94102.

---

**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME
RE: PLAINTIFF'S MOTION FOR REVIEW OF BILL OF COSTS**
Case No. 3:05-CV-03960 EMC

1  The reason for the requested enlargement of time is that the parties are currently
2  negotiating an agreement to resolve the matter.
3  It is further stipulated that, in the event a hearing becomes necessary, Defendant shall
4  have until **January 9, 2008** to file an Opposition to said Motion, and Plaintiff shall have until
5  **January 16, 2007** to file an optional Reply.
6  Pursuant to the Court's General Order 45, the filer of this document, Beeson, Tayer &
7  Bodine, hereby attests that it has obtained concurrence in this filing from the other party
8  signatory hereto, as indicated below.

**SO STIPULATED.**

Dated: November 27, 2007    BEESON, TAYER & BODINE, APC

By:   /s/ Lisa W. Pau
     LISA W. PAU

NAKAMURA, QUINN, WALLS,
WEAVER & DAVIES LLP

By:   /s/ George N. Davies
     GEORGE N. DAVIES

Attorneys for MARINE ENGINEERS'
BENEFICIAL ASSOCIATION

Dated:  November 27, 2007    PAUL GUIDRY in *pro per*

By:   /s/ Paul Guidry
     PAUL GUIDRY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  November 28, 2007

_____
HON. EDWARD M. CHEN
United States

*IT IS SO ORDERED*
Judge Edward M. Chen

**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME
RE: PLAINTIFF'S MOTION FOR REVIEW OF BILL OF COSTS**
Case No. 3:05-CV-03960 EMC